UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL LOPEZ,

                Plaintiff,

-v-

ZEST HOSPITALITY INC. and CHINATOWN PRESERVATION HOUSING DEVELOPMENT FUND COMPANY, INC.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 1076 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 11, 2022, Plaintiff served Defendant Chinatown Preservation Housing Development Fund Company, Inc. ("CPHDFC") with the Summons and Complaint. (ECF No. 7). Accordingly, CPHDFC's deadline to respond to the Complaint was March 4, 2022. To date, CPHDFC has not responded to the Complaint or otherwise appeared. Nonetheless, as a one-time courtesy, the Court sua sponte extends this deadline, and directs CPHDFC to answer, move, or otherwise respond to the Complaint by **May 19, 2022**. CPHDFC is warned that failure to respond may result in the entry of a certificate of default and default judgment. See Fed. R. Civ. P. 55.

Plaintiff shall promptly serve a copy of this Order on CPHDFC and file proof of service on the docket.

Dated:      New York, New York
             May 5, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**