UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL LOPEZ,

                Plaintiff,

-v-

ZEST HOSPITALITY INC. and CHINATOWN PRESERVATION HOUSING DEVELOPMENT FUND COMPANY, INC.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 1076 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial case management conference held today, July 21, 2022, the Court orders as follows:

1. The Court's entry of a case management plan is HELD IN ABEYANCE pending the parties' settlement discussions; and

2. By **September 6, 2022**, the parties shall file a joint letter reporting on the status of their settlement discussions and whether they would like a settlement conference with the Court.

Dated:      New York, New York
              July 21, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge