UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/7/22_____

| | |
|---|---|
| SAMUEL LOPEZ,<br><br>       Plaintiff,<br><br>-against-<br><br>ZEST HOSPITALITY INC. and<br>CHINATOWN PRESERVATION HOUSING<br>DEVELOPMENT FUND COMPANY, INC.,<br><br>       Defendants. | 22-cv-01076 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: September 7, 2022
     New York, New York

                      _____
                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**