MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/09/2022
```

Ria-Costanza Barducci
Attorney at Law
**BARDUCCI LAW FIRM, PLLC**
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

---

**November 8th, 2022**

**Via CM/ECF**
Honorable Andrew L. Carter, Jr
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007
REFILE WITH NOTICE TO STRIKE PREVIOUS

> *Re: Lopez v. Zest Hospitality Inc. and Chinatown Preservation Housing Development Fund Company, Inc*
> *Civil Action No: 1:22-cv-01076-ALC-SLC*
> *Motion to Extend the Time to Re-Open the Action Pursuant to Order [DE#26]*

Dear Judge Carter, Jr,

    I represent the Plaintiff Samuel Lopez in the above-referenced matter.

    Pursuant to the Court's October 6th, 2022, Order for Extension of Time to Re-Open the Case,, Plaintiff is hereby filing this application to request the Court extend the time parameters to re-open the action once more. [DE#28].

    Upon conference with all counsel of record in this action, we write jointly with counsel for Defendant Chinatown Preservation Housing Development Fund Company, Inc. ("Defendant")(Plaintiff and Defendant are hereinafter referred to as the "Parties"), to respectfully request one more 30-day extension of time to restore this case to the Court's calendar, from today, November 7th, 2022, to December 7th, 2022.

    While a settlement has been reached and finalized between all parties, issues of delay have unexpectedly occurred, to wit; Defendant Zest Hospitality Inc. has only recently responded to the settlement documents with a revised agreement that Plaintiff is currently reviewing forthwith because of the lateness of Defendant Zest Hospitality Incorporated's response. These issues of delay that which have arisen require an extension of the time parameters to reopen the case. We do not anticipate that a further request for an extension will be necessary, as all parties are hopeful the case will be resolved before December 7th, 2022.

Thank you for your time and consideration to this matter.

                           Most Respectfully Submitted,

                           **BARDUCCI LAW FIRM, PLLC**

                           s/Maria Costanza Barducci
                           Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only

The Clerk of Court is respectfully directed to **GRANT** the motion at ECF No. 30, **TERMINATE AS MOOT** the motion at ECF No. 29 and **GRANT** the motion at ECF No. 31.

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

11/09/2022